25CV590-DHU-LF
FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 07 2025

MITCHELL R. ELFERS
CLERK

CV 25-647 DHU/KK

To whom it May Concern                    June 28th 2025

My name is Jubal Samora Inmate #100620 I'm currently at Eddy County Detention Center and since I got here I've been treated very poorly I've seen mentally ill inmates treated very poorly when I was trustee. In the Biggest unit here two inmates sat in their cells for more than a week without being tended to. I Observed these inmates be left in their cells for weeks at a time with feces in their room. I spoke up and now I've been targeted and been treated diferent I've been denied Medical attention. I've been denied my legal documents. I was not taken to video court for albuquerque April 1st 2025 NO.T-4-DV-2024-002750 because the staff here. I was segregated for a week without write ups. The staff has constantly put me in difficult situations after I notified staff several times the Captain and Warden has been Notified. My mail and phone have been messed with constant I asked to be transfered to Artesia Holding because of these issues and recieved not even a bit of information about it. They have housed me around Rapist and inmates I shouldn't be around. It has caused alot of tention for me here. I recieve a Kosher Diet due to the Fact I'm muslim and now my food is being sent to me poorly They give me sweetners with Saccarin they feed me mainly cold cereal and bread in morning. When I point out my meal is not right I'm told that theirs nothing they can do. Please help me. My mother is no longer alive and my dad passed this year also. Because I dont have outside support so the staff has taken advantage of the situation. I would like to talk to someone. Case #2:25-CV-00386 and Case #2:25-CV-00590 Document #1 Filed: 06/23/2025

Respectfully Jubal Samora    Jubal Samora

Address    Jubal Samora #100620
           C/O ECDC
           P.O Box 1388
           Carlsbad, New Mexico 88210
 nd can you please send a copy aswell to
           Jubal Samora
           293 West Blevins
           Artesia New Mexico 88210

I submitted this to staff they copied it for me proof Date and all

April 23ʳᴰ 2025.

I'm very positive the staff here has a problem with m[e] Inmates over heard them bragging about the fact they want [to] put me in difficult situations in order to attempt to get [me] in a fight. I've been targeted and singled out for weeks [I] have delt with this type of behavior from the very st[aff] that is supposed to keep me safe. I ask you this one question. How do I cope with the death of m[y] Family Members and feel safe aswell being severe PT[SD] and other issues such as insomnia, Anxiety, ASD, ADH[D] and possible Bi Polar depression aswell. All these issue h[ave] been documented by Corrections as well as my couce[lor] actually years ago when I was on Parole. Here at thi[s] Jail Eddy County Detention Center I've been Igno[red] medically for a whole month. I requested aid for medical issues such as lumps on my right Bicep as well as other stuff. All have been ignored. To [be] completely honest I want to request a heartship to Artesia Holding. I feel that I'm in a dange[rous] situation here at eddy County Dentention Center i[f] the very staff assigned to keep me safe are the very people who wish to Pair me with peop[le] and place me in situations consistently that set me up for harm or failure. I'm smart enough to understand exactly whats going on. I wish to b[e] treated equal and fairly as everyone else. I am very aware of the fact that some things are priviledge and others I still have rights. Innoce[nt] untill proven guilty. Since being in this county I'v[e] been denied Court Documents. I was not taken or pulled for Court on April 1st but my cellma[te] was which make no sense or proves that the intentions of staff are wrong. I will say not all staff have treated me poorly. But even staff that treat me fair are being bothered I feel for doing their Job the right way. My program acceptance letter was given to me after court which could have helped me in court to get released. So what solid evidence do I have t[o]

April 23 2025.

believe otherwise. I know for a complete fact the staff here have ill intentions towards me. I'm sure. The fact my parents are dead and my sib[lings] are too busy or unaware of my condition here gives staff the impression that its ok. Its not. Now I'm at a point where I feel I have very few options. 1 request isolation like I'm currently in for the sake of self protection which is completely wrong. 2 request to be sent or taken as soon as possible to Artesia Holding simply on the grounds that I have onl[y] two cases holding me here misdameanors whic[h] both carry less time than the 2 year commitment, I'm going to do at Delancey Street Foundation. I have acceptance letter on person all time. Again I would like to remind you I'm inteligent enough to understand whats going o[n] I ask that you please help me get hom[e] to Artesia so I'm able to settle my Affairs and go about my buiness. If you were to look up my department of Corrections file yo[u] will learn that I have never been a troubl[e] maker or a difficult man. I'm respectful and I do my time. Four write ups out of all the time I have done and all prisons or facilities I have been to. This is comple[tely] nonsense to be dealing with death of a Dad and grandmother, the fact my home was burn[ed] to the ground and my demolition permit is u[p] in June. With the fact that staff here have consistently put me in very stressful and dangerous sitiuations I've kept my cool for the most part but I'm human as well and have violent tendacies I'm tired I want to be sent to Artesia holding where I'm in a safer situation please soon as possible! Thank you for your time and consideration Respectfully Jubal Dejon Samora

Jubal Samara #100620
c/o Eddy County Detention Center
P.O. Box 1386
Carlsbad, New Mexico 88210

Legal Mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 07 2025

MITCHELL R. ELFERS
CLERK

LEGAL MAIL
ECDC INMATE

87102-222799

LUBBOCK TX 794
1 JUL 2025 AM 2

United States District Courts
District of New Mexico Office of the Clerk
Suite 270  333 Lomas Blvd. NW
Albuquerque, New Mexico 87102



FOREVER / USA
Dog Bite Awareness